

The following constitutes
the order of the court. Signed March 21, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EUGENIO RAMIREZ-GAMBOA and<br><br>DOMINGA RAMIREZ,<br><br>Debtor(s). | Case No. 11-55290-SLJ<br><br>Chapter 13<br><br>**SCHEDULING ORDER**<br>FRBP 7016<br>Fed. R. Civ P. 16 |

On March 21, 2013, the court held a hearing on Debtors' Motion Objecting to Proof of Claim of The Bank of New York Mellon ("Objection to Claim"). Appearances were as noted on the record. Upon due consideration, the court hereby establishes the following schedule regarding the Objection to Claim:

(1) **Trial Date**: Trial will commence on May 29, 2013 at 1:00 p.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 3099, San Jose, CA 95113. The trial is set for 2 hours. Three business days before the trial date counsel shall inform the courtroom deputy (Tanya Bracegirdle (408) 278-7556) whether the parties have settled.

(2) **Witness & Evidence Procedures**: Three business days before the scheduled trial date, counsel shall: (a) exchange copies of all exhibits to be offered, other than those to be used for impeachment; (b) if the party intends to introduce them at trial, serve and file statements designating excerpts from depositions, answers to interrogatories and requests for admission, other than those to be used for impeachment; and (c) exchange a list of expected witnesses, other than those to be called for impeachment.

Scheduling Order                         1

(3) **Exhibits**: Counsel shall also: (a) premark all exhibits **before** trial (Plaintiff's exhibits should be marked by number, Defendant's exhibits should be marked by letter); (b) bring sufficient copies of exhibits for all counsel, the witness, and the court; (c) in any case in which the party expects to offer more than ten exhibits, place the exhibits in a three-ring binder with an appropriate tab attached to each exhibit; (d) number the pages of any exhibit that has more than one page; (e) promptly advise the opposing party of any objections to the introduction of the opposing party's proposed testimony or exhibits; and (f) meet **before** trial to stipulate to the introduction of evidence, including both testimony and documents.

(4) **Evidence**: Counsel should be familiar with the Federal Rules of Evidence, including rules pertaining to authentication of documents.

**The court may exclude evidence, postpone trial, or impose monetary sanctions for failure to comply with this order.**

IT IS SO ORDERED.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

[ECF Notifications Only]

Scheduling Order 1